147 A.3d 452

S.L., PLAINTIFF, v. C.M.B.A., DEFENDANT-PETITIONER.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000287-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 452

STATE OF NEW JERSEY PLAINTIFF-RESPONDENT,
v. JAMES MERTZ, DEFENDANT-PETITIONER.

Filed July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003790-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.